# LUBIN AND METZ, P. A.
ATTORNEYS AT LAW

SECOND FLOOR, FLAGLER PLAZA
1217 SOUTH FLAGLER DRIVE
WEST PALM BEACH, FLORIDA 33401
TELEPHONE (561) 655-2040
FACSIMILE (561) 655-2182
DEFENSE@LUBINLAW.COM
WWW.LUBINLAW.COM

RICHARD G. LUBIN*
MICHAEL METZ
NICOLE M. COTTON
JONATHAN R. KAPLAN

ONE FINANCIAL PLAZA
100 SE 3RD AVE., STE. 2612
FT. LAUDERDALE, FL 33394
TELEPHONE (954) 761-2300

423 DELAWARE AVENUE
FT PIERCE, FL 34950
TELEPHONE (772) 468-0009

*BOARD CERTIFIED CRIMINAL TRIAL LAWYER

December 22, 2009

Honorable Edward R. Korman
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States of America v. Irving Freiberg*
Agreed Motion for Travel Outside of the Southern District of Florida
New York Case No.: 07-cr-00734-ERK
New Jersey Case No. 03-800 (WGB) (consolidated with New York case)

Dear Judge Korman:

Mr. Freiberg is requesting permission to travel with his family from the Southern District of Florida on December 24, 2009, returning on December 29, 2009. He and his family will be staying at the Mandarin Oriental Hotel in Manhattan. He will travel on Jet Blue Airline leaving from Fort Lauderdale International Airport at 10:17 a.m., on December 24, 2009, arriving at JFK International Airport at 1:03 p.m. He will return on Jet Blue airline from JRK International Airport leaving at 4:20 p.m., on December 29, 2009 arriving at 7:52 at Fort Lauderdale International Airport.

I have contacted Assistant United States Attorney, Winston Paes, who does not oppose this request. Pretrial Services Officer, Donald Lesmeister is unavailable. Mr. Freiberg has been granted permission to travel before and has fully complied with the conditions of his release.

Thank you for your consideration.

Sincerely,

RICHARD G. LUBIN
Counsel for Defendant FREIBERG

RGL/ds
cc: AUSA Winston Paes
    Donald Lesmeister, Pretrial Services Officer
    (Fax 954-769-5669/donald_lesmesiter@flsp.uscourts.gov)

**Order**
The application is:
✓ granted
___ denied
___ referred to Magistrate Judge_____ for decision
___ report and recommendation

s/Edward R. Korman
12/22/2009