

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WP     *271 Cadman Plaza East*
        *Brooklyn, New York  11201*

February 4, 2010

**BY HAND DELIVERY AND ECF**

The Honorable Edward R. Korman
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

           Re:  United States v. Irving Freiberg
                Criminal Docket No. 07-734 (ERK)

Dear Judge Korman:

      The government writes to confirm its understanding from the Court's Deputy Clerk that the defendant's sentencing in the above-referenced and related case is now scheduled for June 4, 2010 at 11:00 a.m.

                                      Respectfully submitted,

                                      BENTON J. CAMPBELL
                                      United States Attorney
                                      Eastern District of New York

                      By:          /s/
                                      Winston M. Paes
                                      Assistant U.S. Attorney
                                      (718) 254-6023

cc:  Joseph Tacapino, Esq. (By ECF and Email)