

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WP  *271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 25, 2010

**BY HAND DELIVERY AND ECF**

The Honorable Edward R. Korman
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  United States v. Irving Freiberg
            Criminal Docket No. 07-734 (ERK)

Dear Judge Korman:

    The government writes to confirm its understanding from the Court's Deputy Clerk that the defendant's sentencing in the above-referenced and related case is now scheduled for August 27, 2010 at 12:00 a.m.

        Respectfully submitted,

        LORETTA E. LYNCH
        United States Attorney
        Eastern District of New York

By:      /s/
        Winston M. Paes
        Assistant U.S. Attorney
        (718) 254-6023

cc:  Joseph Tacopina, Esq. (By ECF and Email)