LAW OFFICES OF

# TACOPINA SEIGEL & TURANO

A PROFESSIONAL CORPORATION

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 227-8877
FACSIMILE (212) 619-1028
WWW.TACOPINALAW.COM

JOSEPH TACOPINA
CHAD D. SEIGEL♦
STEPHEN TURANO♦

DINA NESHEIWAT*

GEORGE VOMVOLAKIS
FRANCESCO PENTA***
VICTOR SHERMAN†

♦ ALSO ADMITTED IN NEW JERSEY
* ALSO ADMITTED IN FLORIDA
† ALSO ADMITTED IN CALIFORNIA
*** ONLY ADMITTED IN ITALY

MILAN OFFICE:
20149 MILANO
VIA DOMENICHINO, N. 35
MILAN, ITALY
TEL (02) 48012455

NEW JERSEY OFFICE:
60 PARK PLACE
SUITE 703-704
NEWARK, NEW JERSEY 07102
TEL (973) 236-0119

July 11, 2011

Hon. Edward Korman
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **United States v. Irving Freiberg**
             **Docket No. 07 CR 734 (ERK)**

Your Honor:

    I write this letter on behalf defendant Irving Freiberg to respectfully request a final one-month adjournment of his sentencing, presently scheduled for next Wednesday, July 20, 2011. Notably, my office has spoken with Assistant U.S. Attorney Winston Paes who expressed that the Government does not oppose this application.

    The instant request is made, as we received Mr. Freiberg's Presentence Investigation Report while on trial in People v. Kenneth Moreno, and are still in the process of addressing issues relating to it, including providing material to the Probation Department.

    Based on the foregoing, we respectfully ask that the Court grant a final one-month adjournment in this matter, so that we may prepare fully for Mr. Freiberg's sentencing.

    Your consideration in this matter is greatly appreciated.

                                  Respectfully submitted,

                                  Joseph Tacopina/CJ

cc:    AUSA Winston Paes