**DOCKET NUMBER:** CR-06-570, 07-734     **CRIMINAL CAUSE FOR** SENTENCING
**BEFORE JUDGE:** KORMAN    **DATE:** 8/19/2011   **TIME IN COURT** ___HRS_ 15 _MINS

**DEFENDANT'S NAME:** IRVING FREIBERG    **DEFENDANTS #**
- [x] Present    ☐ Not Present    [x] Custody    ☐ Not Custody

**DEFENSE COUNSEL:** JOSEPH TACOPINA
☐ Federal Defender    ☐ CJA    ☐ Retained

**A.U.S.A.:** WINSTON PAES     **Case Manager:** PaulaMarie Susi

**ESR** _illegible_    **INTERPRETER:**    **LANGUAGE:**

☐ Revocation of Probation non contested    ☐ Revocation of Probation contested
[x] Sentencing non-evidentiary    ☐ Sentencing Contested
☐ Revocation of Supervised Release evidentiary    ☐ Revocation of Supervised Release non-evidentiary

_ CASE CALLED.    _ **COURT FINDS FACTUAL BASIS FOR, AND ACCEPTS, RULE 11 PLEA.**
[x] SENTENCING ADJ'D TO 9/23/11 @ 2:30.
_ SENTENCING HELD.    _ STATEMENTS OF DEFT AND COUNSEL HEARD.
_ DEFT SENTENCED ON COUNT(S)_____

**SENTENCE TEXT:** _____

RMG OPEN COUNTS ARE DISMISSED ON    _ GOVT'S    _ COURT'S MOTION
= *COURT ADVISED DEFT OF RIGHT TO APPEAL.*    _ I.F.P. GRANTED.
= *DEFT WAIVED RIGHT TO APPEAL IN PLEA AGREEMENT.*
_ DEFT REMANDED.    _ DEFT ON BAIL PENDING APPEAL.

## UTILITIES
☐ ~Util-Plea Entered    ☐ ~Util-Add terminate Attorneys    ☐ ~Util-Bond Set/Reset
☐ ~Util-Exparte Matter    ☐ ~Util-Indictment Un Sealed    ☐ ~Util-Information Unsealed
☐ ~Util-Set/Reset Deadlines    ☐ ~Util-Set/Reset Deadlines/Hearings
☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings    ☐ ~Util-Terminate Motions
☐ ~Util-Terminate Parties    ☐ ~Util-Set/Reset Hearings

**Do these minutes contain ruling(s) on motion(s)?** ☐ YES    ☐ NO
**TEXT**