**DOCKET NUMBER:**__CR-06-570, 07-734__     **CRIMINAL CAUSE FOR** SENTENCING
**BEFORE JUDGE:**___KORMAN___ **DATE:**__1/20/2012___ **TIME IN COURT**__1_ HRS_ _15_ **MINS**

**DEFENDANT'S NAME:**_IRVING FREIBERG     _ **DEFENDANTS #**_____
☑ Present          ❑ Not Present          ❑ Custody     ☒ Not Custody

**DEFENSE COUNSEL:**_____JOSEPH TACOPINA // CHAD SEIGEL_____
❑ Federal Defender   ☒ CJA          ❑ Retained

**A.U.S.A.:**___WINSTON PAES____          **Case Manager:** PaulaMarie Susi

**ESR** __None__          **INTERPRETER:**_____ **LANGUAGE:**_____

❑ Revocation of Probation non contested      ❑ Revocation of Probation contested
☑ Sentencing non-evidentiary               ❑ Sentencing Contested
❑ Revocation of Supervised Release evidentiary   ❑ Revocation of Supervised Release non-evidentiary

✓CASE CALLED.     ✓ **COURT FOUND FACTUAL BASIS FOR & ACCEPTED RULE 11 PLEA.**
__ SENTENCING ADJ'D TO_____.
✓ SENTENCING HELD. FURTHER STATEMENTS OF DEFT AND COUNSEL HEARD.
__ DEFT SENTENCED ON COUNT(S)_____
SENTENCE TEXT:_____
_CAG 6mos (to be served weekends only); 5 yrs SR and up to 150 hrs Comm/
Service per year as donated; fine $ 261,483.47 to be pd w/s 2yrs._____
_____$200 SA_____

RMG OPEN COUNTS ARE DISMISSED ON    ✓ GOVTS    __ COURT'S MOTION
=✓ *COURT ADVISED DEFT OF RIGHT TO APPEAL.* __ I.F.P. GRANTED.
✓ *DEFT WAIVED RIGHT TO APPEAL IN PLEA AGREEMENT.*
__ DEFT REMANDED.          __ DEFT ON BAIL PENDING APPEAL.

**UTILITIES**
❑ ~Util-Plea Entered      ❑ ~Util-Add terminate Attorneys     ❑ ~Util-Bond Set/Reset
❑ ~Util-Exparte Matter    ❑ ~Util-Indictment Un Sealed        ❑ ~Util-Information Unsealed
❑ ~Util-Set/Reset Deadlines  ❑ ~Util-Set/Reset Deadlines/Hearings
❑ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ❑ ~Util-Terminate Motions
☑ ~Util-Terminate Parties  ❑ ~Util-Set/Reset Hearings

**Do these minutes contain ruling(s) on motion(s)?** ❑ YES     ❑ NO
**TEXT**
_____SU.1 granted._____
_____vol summ 4/20/12 to Settly; rec. Mini area._____
_____
_____
_____
_____
_____